IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 19-19679 |
| | ) | |
| ALEXIS BERNAL, JR., | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | JUDGE: JANET S. BAER |

## NOTICE OF MOTION

TO: See attached list

    PLEASE TAKE NOTICE that on March 5, 2021 at 9:30 a.m., I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, and present the attached Motion to Modify the Automatic Stay for Lakeview Loan Servicing, LLC.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646- 828- 7666.  Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **160 731 2971** and the password is **587656**. The meeting ID and password can also be found on Judge Baer's web page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

    I, the undersigned Attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on February 18, 2021, at 5:00p.m.

                                                    McCalla Raymer Leibert Pierce, LLC

                                                    */s/Kinnera  Bhoopal*
                                                    Kinnera  Bhoopal
                                                    ARDC# 6295897
                                                    1 N. Dearborn Suite 1200, Chicago, IL 60606

## NOTICE OF MOTION ADDRESSES

To Trustee:  *by Electronic Notice through ECF*
Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532

To Debtor:  *Served via U.S. Mail*
Alexis Bernal, Jr
3n314 N Howard Ave
Elmhurst, IL 60126

To Attorney:  *by Electronic Notice through ECF*
Corey Walters
The Semrad Law Firm, LLC
20 S. Clark 28th Floor
Chicago, IL 60603

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| ALEXIS BERNAL, JR., | ) NO.: 19-19679 |
| | ) |
| Debtor. | ) CHAPTER 13 |
| | ) |
| | ) JUDGE: JANET S. BAER |
| | ) |

## MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES Lakeview Loan Servicing, LLC by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay heretofore entered on the property located at 3N314 N Howard Ave, Elmhurst, Illinois 60126 be Modified stating as follows:

1. On July 12, 2019, the above captioned Chapter 13 was filed.

2. On October 11, 2019, the above captioned Chapter 13 was confirmed.

3. Lakeview Loan Servicing, LLC services the first mortgage lien on the property located at 3N314 N Howard Ave, Elmhurst, Illinois 60126.

4. The Plan calls for the Debtor to be the disbursing agent for the post-petition mortgage payments directly to Lakeview Loan Servicing, LLC. Post-petition payments are $2,449.49.

5. The post-petition mortgage payments are due and owing for July 01, 2020. The default to Lakeview Loan Servicing, LLC is approximately $18,786.97 through February 2021, including a post-petition suspense balance of $808.95.

6. Attorney's fees and costs for this motion are due in the amount of $1,038.00.

7. The plan is in material default.

8. Lakeview Loan Servicing, LLC continues to be injured each day it remains bound by the Automatic Stay.

9. Lakeview Loan Servicing, LLC is not adequately protected.

10. The property located at 3N314 N Howard Ave, Elmhurst, Illinois 60126 is not necessary for the Debtor's reorganization.

11. The Debtor has no equity in the property for the benefit of unsecured creditors.

12. Lakeview Loan Servicing, LLC services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtain a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Lakeview Loan Servicing, LLC. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed.

13. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(A)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 3N314 N Howard Ave, Elmhurst, Illinois 60126, be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to Lakeview Loan Servicing, LLC to proceed with nonbankruptcy remedies including foreclosure, and for such other and further relief as this Honorable Court deems just.

McCalla Raymer Leibert Pierce, LLC

By: */s/Kinnera Bhoopal*
Kinnera Bhoopal
Illinois Bar No. 6295897
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
Phone: (312) 346-9088
Fax: (312) 551-4400
Email: ILpleadings@mrpllc.com